

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00268-CV

**CHARLES FRANKLIN,**

**Appellant**

 **v.**

**MICHAEL GLIMP,**

**Appellee**

_____

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. CCC-10-40096

_____

## MEMORANDUM OPINION

_____

Charles Franklin appeals from the trial court's dismissal of Franklin's claims in a civil suit. By letter dated July 31, 2012, the Clerk of this Court notified Franklin that pursuant to Rules 42.3 and 44.3 of the Texas Rules of Appellate Procedure, this case was subject to dismissal because it appeared the notice of appeal was untimely. TEX. R. APP. P. 26.1; 42.3; 44.3. The Clerk further warned Franklin that the Court would dismiss this appeal unless, within 21 days from the date of the letter, a response was filed showing grounds for continuing the appeal. More than 21 days have passed and no response has been received.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208 (West Supp. 2012); § 51.941(a) (West 2005). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

This appeal is dismissed. TEX. R. APP. P. 42.3(a); 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 30, 2012
[CV06]